| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Aaron Craig<br>King & Spalding LLP<br>633 West Fifth Street, Suite 1600<br>Los Angeles, CA 90071<br>Tel: 213-443-4355<br>Fax: 213-443-4310<br>Cal. Bar No. 204741<br><br>*Attorney for:* JetCraft Corporation and JetCraft Global, Inc. | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br>Zetta Jet USA, Inc.<br><br>and<br><br>Zetta Jet PTE, Ltd.<br><br>Debtor(s). | CASE NO.: 2:17-bk-21386-SK  Jointly Administered<br>ADVERSARY NO.: 2:19-ap-01382<br>CHAPTER: 7 |
|---|---|
| Jonathan D. King, Chapter 7 Trustee<br><br>Plaintiff(s).<br>vs.<br>JetCraft Corporation and JetCraft Global, Inc.<br><br>Defendant(s). | **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE [LBR 2090-1(b)]**<br><br>[No hearing required per LBR 2090-1(b)(6)] |

1. I, __Michael J. Ciatti_____, apply to the court under LBR 2090-1(b) for permission to appear and participate in the above-entitled action on behalf of the following named party, by whom I have been retained (*specify name of party*):

2. I have paid the required fee specified in LBR 2090-1(b)(5) to the United States District Court and have attached a copy of the receipt.

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2016 | Page 1 | F 2090-1.2.APP.NONRES.ATTY

3. I am a lawyer with the following law firm (*specify name and address of law firm*):
   King & Spalding LLP
   1700 Pennsylvania Avenue, NW, 2nd Floor
   Washington, DC 20006-4707

4. I am a member in good standing and eligible to practice before the following courts and admitted to practice on the following dates (*specify name of each such jurisdiction and my date of admission to practice in each such jurisdiction*):
   See attached list

5. I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the state of California. I am not currently suspended or disbarred in any court.

6. I have concurrently or within the past 36 months made pro hac vice applications to this court in the following actions:
   None

| Court | Case Number | Title of Action | Date of Application | Disposition of Application |
|---|---|---|---|---|
|  |  |  |  |  |

7. I ☐ have ☒ have not been disciplined by any court or administrative body ☐ disciplinary proceedings are pending; details are as follows:




   I ☐ resigned ☐ did not resign while disciplinary proceedings were pending.

8. I certify that I have read the LBRs, the FRBP, the F.R.Civ.P., and the F.R.Evid., in their entirety.

9. I designate the following person of the following law firm, who is a member of the bar of this court and maintains an office in this district for the practice of law, as the attorney with whom the court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served:

   Name of attorney (Designee):
   Aaron Craig

   Name and address of law firm, or residence address:
   King & Spalding LLP
   633 West Fifth Street, Suite 1600
   Los Angeles, CA 90071

   Telephone number of law firm: 213-443-4355

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2016    Page 2    F 2090-1.2.APP.NONRES.ATTY

10. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: 9/17/2019

_____
Signature of applicant

Michael J. Ciatti
_____
Printed name of applicant

**CONSENT OF DESIGNEE**

I consent to the foregoing designation.

Date: 9/17/2019

_____
Signature of Designee

Aaron Craig
_____
Printed name of Designee

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2016    Page 3    F 2090-1.2.APP.NONRES.ATTY

State Bar Admissions
District of Columbia (District of Columbia Court of Appeals) - 4/3/2000, Bar No. 467177
Virginia (Supreme Court of Virginia) – 10/28/1996, Bar No. 40607

Federal Bar Admissions
U.S. Supreme Court, 2004
U.S. Court of Appeals for the First Circuit – 2013
U.S. Court of Appeals for the Third Circuit – 2013
U.S. Court of Appeals for the Fourth Circuit- 1997
U.S. Court of Appeals for the Sixth Circuit – 2012
U.S. Court of Appeals for the Seventh Circuit – 2013
U.S. Court of Appeals for the Eighth Circuit – 2013
U.S. Court of Appeals for the Eleventh Circuit – 2002
U.S. Court of Appeals for the District of Columbia Circuit – 2012
U.S. District Court, Central District of Illinois – 2013
U.S. District, Eastern District of Wisconsin – 2012
U.S. District Court, Eastern District of Michigan – 2011
U.S. District Court, Western District of Michigan – 2011
U.S. District Circuit, District of Columbia – 2002
U.S. District Court for the Eastern District of Virginia- 1997
U.S. Court of Federal Claims – 2014

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
King & Spalding LLP, 633 West Fifth Street, Suite 1600, Los Angeles, CA 90071

A true and correct copy of the foregoing document entitled: **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE [LBR 2090-1(b)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) __09/17/2019__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Jonathan D. King, Chapter 7 Trustee
jonathan.king@dlapiper.com

Matthew S. Walker
Pillsbury Winthrop Shaw Pittman LLP
matthew.walker@pillsbury.com
Counsel for Bombadier Aerospace Corporation

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 9/17/2019 | Mina Tunson | *signature* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.