United States Bankruptcy Court
Central District of California

King,
      Plaintiff                                                                Adv. Proc. No. 19-01382-SK

Jetcraft Corporation,
      Defendant

## CERTIFICATE OF NOTICE

District/off: 0973-2          User: admin           Page 1 of 1                Date Rcvd: Mar 05, 2020
                             Form ID: pdf031        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 07, 2020.
pla           Jonathan D. King,    444 West Lake Street,   Chicago, IL  60606-0089

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
dft           Bombardier Aerospace Corporation
dft           Bombardier, Inc.
dft           ECN Aviation Inc.
dft           ECN Capital Corporation
dft           FK Group Ltd.
dft           FK Partners Limited
dft           Jahid Fazal-Karim
dft           Jetcoast 5000-5 LLC
dft           Jetcraft Asia
dft           Jetcraft Corporation
dft           Jetcraft Global, Inc.
dft           Learjet Inc
dft           Orion Aircraft Holdings Ltd.
                                                                          TOTALS: 13, * 0, ## 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 07, 2020                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 5, 2020 at the address(es) listed below:
          Aaron S Craig    on behalf of Defendant    FK Group Ltd. acraig@kslaw.com,
          mtunson@kslaw.com;eripley@kslaw.com;mciatti@kslaw.com
          Aaron S Craig    on behalf of Defendant    Jetcraft Global, Inc. acraig@kslaw.com,
          mtunson@kslaw.com;eripley@kslaw.com;mciatti@kslaw.com
          Aaron S Craig    on behalf of Defendant    Jetcoast 5000-5 LLC acraig@kslaw.com,
          mtunson@kslaw.com;eripley@kslaw.com;mciatti@kslaw.com
          Aaron S Craig    on behalf of Defendant Jahid  Fazal-Karim acraig@kslaw.com,
          mtunson@kslaw.com;eripley@kslaw.com;mciatti@kslaw.com
          Aaron S Craig    on behalf of Defendant    Jetcraft Asia acraig@kslaw.com,
          mtunson@kslaw.com;eripley@kslaw.com;mciatti@kslaw.com
          Aaron S Craig    on behalf of Defendant    FK Partners Limited acraig@kslaw.com,
          mtunson@kslaw.com;eripley@kslaw.com;mciatti@kslaw.com
          Aaron S Craig    on behalf of Defendant    Jetcraft Corporation acraig@kslaw.com,
          mtunson@kslaw.com;eripley@kslaw.com;mciatti@kslaw.com
          John K Lyons    on behalf of Plaintiff Jonathan D. King john.lyons@us.dlapiper.com,
          john-lyons-7790@ecf.pacerpro.com
          Matthew S Walker    on behalf of Defendant    Bombardier, Inc. matthew.walker@pillsburylaw.com,
          renee.evans@pillsburylaw.com,docket@pillsburylaw.com
          Matthew S Walker    on behalf of Defendant    Bombardier Aerospace Corporation
          matthew.walker@pillsburylaw.com,  renee.evans@pillsburylaw.com,docket@pillsburylaw.com
          Matthew S Walker    on behalf of Defendant    Learjet Inc matthew.walker@pillsburylaw.com,
          renee.evans@pillsburylaw.com,docket@pillsburylaw.com
          United States Trustee (LA)   ustpregion16.la.ecf@usdoj.gov
                                                                          TOTAL: 12

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Aaron Craig<br>King & Spalding LLP<br>633 West Fifth Street, Suite 1600<br>Los Angeles, CA 90071<br>Tel: 213-443-4355<br>Fax: 213-443-4310<br>Cal. Bar No. 204741<br><br>☒  *Attorney for*: Jetcraft Corporation, Jetcraft Global, Inc.; JetCoast 5000-5, LLC; Jetcraft Asia Limited; FK Group Ltd.; FK Partners Ltd.; and Jahid Fazal-Karim | **FILED & ENTERED**<br><br>**MAR 05 2020**<br><br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY may        DEPUTY CLERK |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br>Zetta Jet USA, Inc.<br><br>and<br><br>Zetta Jet PTE, Ltd.<br><br><div align="right">Debtor(s)</div><br><br>Jonathan D. King, Chapter 7 Trustee<br><br><div align="right">Plaintiff(s)</div><br><div align="center">vs.</div><br>JetCraft Corporation, *et. al.*<br><br><div align="right">Defendant(s)</div> | CASE NO.: 7-bk-21386-SK Jointly<br><br>Administered CHAPTER: 7<br><br>ADVERSARY NO.: 2:19-ap-01382<br><br>**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE [LBR 2090-1(b)]**<br><br>[No hearing required per LBR 2090-1(b)(6)] |

The court, having reviewed the Application of the non-resident attorney to appear in a specific case under LBR 2090-1(b), and good cause appearing, orders as follows:

☒  The Application is granted and the following person may appear as requested in the above-entitled case (*specify name of applicant*): Mark M. Maloney

//

//

//

//

//

☐ Permission to appear pro hac vice is effective upon payment of the requisite fee to the United States District Court for the Central District of California.

<div align="center">###</div>

Date: March 5, 2020

Sandra R. Klein
United States Bankruptcy Judge

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2016*                                                                    **F 2090-1.2.ORDER.NONRES.ATTY**