# Schedule 5

**(The Second Element Transaction)**

| Schedule 5 - The Second Element Transaction | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Payments (Plane 10) | | | | | | | | |
| Date | Transferor | Transferor Bank | US Correspondent Bank [1] | Transferee | Transferee Bank | US Correspondent Bank [1] | Amount of Transfer | US Nexus |
| 9/22/2016 | Element Aviation Inc. (at the direction of Zetta PTE) | | | Orion Aircraft Holdings Limited | | | $49,500,000.00 | • Financing on behalf of Zetta PTE for 9697 (aircraft registered in US) |
| 10/4/2016 | Zetta PTE | HSBC Singapore USD Account | ✓ | Element Aviation Inc. | Bank of Montreal | ✓ | $1,625,000.00 | • USD Currency<br>• US Correspondent Bank<br>• Account Name: Element Aviation Inc. Account No. XXXXXXX1822 |
| 12/23/2016 | Zetta PTE | HSBC Singapore USD Account | ✓ | Element Aviation Inc. | Bank of Montreal | ✓ | $650,000.00 | • USD Currency<br>• US Correspondent Bank<br>• Account Name: Element Aviation Inc. Account No. XXXXXXX1822 |
| 2/2/2017 | Zetta PTE | HSBC Singapore USD Account | ✓ | Element Aviation Inc. | Bank of Montreal | ✓ | $650,000.00 | • USD Currency<br>• US Correspondent Bank<br>• Account Name: Element Aviation Inc. Account No. XXXXXXX1822 |
| 3/28/2017 | Zetta PTE | HSBC Singapore USD Account | ✓ | Daugherty, Fowler, Peregrin, Haught & Jensen for the benefit of Element Aviation | Bancfirst, Main & Broadway, Oklahoma City, OK | | $22,860.63 | • USD Currency<br>• US Correspondent Bank<br>• To US Bank<br>• Account no: XXXXXX 1094<br>ABA: XXXXX3632<br>Swift code: BFOKUS44 |
| 5/5/2017 | Zetta PTE | HSBC Singapore USD Account | ✓ | Element Aviation Inc. | Bank of Montreal | ✓ | $650,000.00 | • USD Currency<br>• US Correspondent Bank<br>• Account Name: Element Aviation Inc. Account No. XXXXXXX1822 |
| 5/23/2017 | Zetta PTE | HSBC Singapore USD Account | ✓ | Element Aviation Inc. | Bank of Montreal | ✓ | $650,000.00 | • USD Currency<br>• US Correspondent Bank<br>• Account Name: Element Aviation Inc. Account No. XXXXXXX1822 |
| 6/8/2017 | Zetta PTE | HSBC Singapore USD Account | ✓ | Element Aviation Inc. | Bank of Montreal | ✓ | $650,000.00 | • USD Currency<br>• US Correspondent Bank<br>• Account Name: Element Aviation Inc. Account No. XXXXXXX1822 |
| 6/27/2017 | Zetta PTE | HSBC Singapore USD Account | ✓ | Daugherty, Fowler, Peregrin, Haught & Jensen for the benefit of Element Aviation | Bancfirst, Main & Broadway, Oklahoma City, OK | | $10,553.49 | • USD Currency<br>• US Correspondent Bank<br>• To US Bank<br>• Account no: XXXXXX 1094<br>ABA: XXXXX3632<br>Swift code: BFOKUS44 |
| 7/3/2017 | Zetta PTE | HSBC Singapore USD Account | ✓ | Element Aviation Inc. | Bank of Montreal | ✓ | $650,000.00 | • USD Currency<br>• US Correspondent Bank<br>• Account Name: Element Aviation Inc. Account No. XXXXXXX1822 |
| 8/10/2017 | Zetta PTE | HSBC Singapore USD Account | ✓ | Element Aviation Inc. | Bank of Montreal | ✓ | $650,000.00 | • USD Currency<br>• US Correspondent Bank<br>• Account Name: Element Aviation Inc. Account No. XXXXXXX1822 |
| 8/16/2017 | Zetta PTE | HSBC Singapore USD Account | ✓ | ECN Aviation Inc. | Bank of Montreal | ✓ | $5,000,000.00 | Account No. XXXXXXX1785 |

| Payments (Plane 11) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Date | Transferor | Transferor Bank | US Correspondent Bank [1] | Transferee | Transferee Bank | US Correspondent Bank [1] | Amount of Transfer | US Nexus |
| 12/27/2016 | Zetta PTE | HSBC Singapore USD Account | ✓ | Element Aviation Inc. | Bank of Montreal | ✓ | $390,000.00 | • USD Currency<br>• US Correspondent Bank<br>• Account Name: Element Aviation Inc. Account No. XXXXXXX1822 |
| 2/2/2017 | Zetta PTE | HSBC Singapore USD Account | ✓ | Element Aviation Inc. | Bank of Montreal | ✓ | $390,000.00 | • USD Currency<br>• US Correspondent Bank<br>• Account Name: Element Aviation Inc. Account No. XXXXXXX1822 |
| 3/2/2017 | Zetta PTE | HSBC Singapore USD Account | ✓ | Element Aviation Inc. | Bank of Montreal | ✓ | $390,000.00 | • USD Currency<br>• US Correspondent Bank<br>• Account Name: Element Aviation Inc. Account No. XXXXXXX1822 |
| 5/5/2017 | Zetta PTE | HSBC Singapore USD Account | ✓ | Element Aviation Inc. | Bank of Montreal | ✓ | $396,122.81 | • USD Currency<br>• US Correspondent Bank<br>• Account Name: Element Aviation Inc. Account No. XXXXXXX1822 |
| 5/23/2017 | Zetta PTE | HSBC Singapore USD Account | ✓ | Element Aviation Inc. | Bank of Montreal | ✓ | $396,122.81 | • USD Currency<br>• US Correspondent Bank<br>• Account Name: Element Aviation Inc. Account No. XXXXXXX1822 |
| 6/8/2017 | Zetta PTE | HSBC Singapore USD Account | ✓ | Element Aviation Inc. | Bank of Montreal | ✓ | $396,122.81 | • USD Currency<br>• US Correspondent Bank<br>• Account Name: Element Aviation Inc. Account No. XXXXXXX1822 |
| 7/3/2017 | Zetta PTE | HSBC Singapore USD Account | ✓ | Element Aviation Inc. | Bank of Montreal | ✓ | $396,122.81 | • USD Currency<br>• US Correspondent Bank<br>• Account Name: Element Aviation Inc. Account No. XXXXXXX1822 |
| 8/10/2017 | Zetta PTE | HSBC Singapore USD Account | ✓ | Element Aviation Inc. | Bank of Montreal | ✓ | $396,122.81 | • USD Currency<br>• US Correspondent Bank<br>• Account Name: Element Aviation Inc. Account No. XXXXXXX1822 |

[1] A ✓ indicates, upon Trustee's information and belief, that a US Correspondent Bank was involved in transfer. A blank indicates a not applicable. A bank name indicates the US Correspondent Bank involved.