| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Aaron Craig<br>King & Spalding LLP<br>633 West Fifth Street, Suite 1600<br>Los Angeles, CA 90071<br>Tel: 213-443-4355<br>Fax: 213-443-4310<br>Cal. Bar. No. 204741<br><br>☒ *Attorney for*: Jetcraft Corporation, Jetcraft Global, Inc., Jetcoast 5000-5 LLC, Jetcraft Asia Limited, Orion Aircraft Holdings Ltd., FK Group Ltd., FK Partners Limited and Jahid Fazal-Karim | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**AUG 09 2021**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY may        DEPUTY CLERK** |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>Zetta Jet USA, Inc.<br>and<br>Zetta Jet PTE, Ltd.<br><br>                                                Debtor(s) | CASE NO.: 2:17-bk-21386-SK<br><br>       Jointly Administered with 2:17-bk-21387 SK<br><br>CHAPTER: 7<br><br>**ADVERSARY NO.: 2:19-ap-01382 SK** |
|---|---|
| Jonathan D. King, Chapter 7 Trustee<br><br>                                                Plaintiff(s)<br><br>vs.<br><br>JetCraft Corporation and JetCraft Glocal, Inc., Jetcoast 5000-5 LLC, Orion Aircraft Holdings Ltd., Jetcraft Asia Limited, FK Group Limited, FK Partners Limited, Jahid Fazal-Karim, Bombardier Aerospace Corporation, Bombardier, Inc., Learjet, Inc.,<br><br>                                                Defendant(s) | **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE [LBR 2090-1(b)]**<br><br>[No hearing required per LBR 2090-1(b)(6)] |

The court, having reviewed the Application of the non-resident attorney to appear in a specific case under LBR 2090-1(b), Docket #18, and good cause appearing, orders as follows:

☒    The Application is granted and the following person may appear as requested in the above-entitled case (*specify name of applicant*):  Michael J. Ciatti

//

//

//

//

//

//

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2016                                                                                                                                F 2090-1.2.ORDER.NONRES.ATTY

☐ Permission to appear pro hac vice is effective upon payment of the requisite fee to the United States District Court for the Central District of California.

###

Date: August 9, 2021

Sandra R. Klein
United States Bankruptcy Judge

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2016* **F 2090-1.2.ORDER.NONRES.ATTY**