FILED

MAR 31 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JONATHAN D. KING,<br><br>　　　　　Plaintiff - Appellee,<br><br>　v.<br><br>BOMBARDIER AEROSPACE CORPORATION, et al.;<br><br>　　　　　Defendants - Appellants. | No. 24-2703<br><br>D.C. No. 2:22-cv-06637-JAK<br>Central District of California, Los Angeles<br><br>ORDER |
| JONATHAN D. KING,<br><br>　　　　　Plaintiff - Appellant,<br><br>　v.<br><br>BOMBARDIER AEROSPACE CORPORATION, et al.;<br><br>　　　　　Defendants - Appellees. | No. 24-3689<br><br>D.C. No. 2:22-cv-06637-JAK<br>Central District of California, Los Angeles |

　　　These cases shall continue to be held in abeyance. The Clerk is directed to temporarily close this court's docket for administrative purposes pending the bankruptcy court's process for reviewing the settlement reached by the parties involved in these appeals. This administrative closure is not a decision on the merits and no mandate will issue in connection with this order. At any time, any party may request that these appeals be reopened.

Within seven days of a ruling by the bankruptcy court on the settlement reached by the parties, counsel shall notify the Circuit Mediator, Robert Kaiser, at Robert_kaiser@ca9.uscourts.gov of such ruling. The parties shall also provide a brief, informal email report to Mr. Kaiser by June 1, 2026, as to the progress of their efforts with the bankruptcy court if no ruling has been made by that date. The briefing schedule previously set by the court is vacated.

FOR THE COURT:

By: Robert Kaiser
Circuit Mediator